

# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Park 101 LLC; and Louisiana Purchase LLC, d/b/a Louisiana Purchase SD<br><br>**Plaintiff,**<br><br>V.<br><br>American Fire and Casualty Company, and Ohio Security Insurance Company<br><br>**Defendant.** | Civil Action No. 20-cv-00972-AJB-BLM<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

the Court GRANTS Defendant's motion to dismiss Plaintiffs' First Amended Complaint. The First Amended Complaint is dismissed without leave to amend. The case is closed.

Date: 6/30/21

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By: s/ J. Mueller

J. Mueller, Deputy